1　GEORGE P. SOARES (SBN: 213996)
GORDON & REES SCULLY MANSUKHANI
2　633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
3　Telephone: (213) 576-5000
Facsimile: (213) 680-4470
4
Attorneys for Defendant, STAR CHOICE CREDIT UNION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNETTE NELSON<br><br>　　　　PLAINTIFF,<br><br>vs.<br><br>EQUIFAX, INC., STAR CHOICE CREDIT UNION, and DOES 1 through 100 inclusive,<br><br>　　　　Defendant. | CASE NO. 2:17-CV-02257-JAM-DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Complaint filed: October 26, 2017 |

　　　　Plaintiff LYNETTE NELSON ("Plaintiff") and Defendant STAR CHOICE CREDIT UNION ("Defendant"), by and through their attorneys of record in this case, hereby stipulate and agree that:

　　　　WHEREAS, Plaintiff filed the instant action in the United States District Court, Eastern District of California – Sacramento Division (Case No. 1:17-cv-01607-LJO-JLT) on October 26, 2017;

　　　　WHEREAS, Plaintiff effected service of the complaint on November 30 2017;

　　　　WHEREAS, the Defendant's responsive pleading is presently due on December 21, 2017;

-1-

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendant, on the other, through their respective counsel of record herein, that the Defendant may have an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including January 10, 2017.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 20, 2017      /s/ Elliot W. Gale (authorized on 12/20/17)
                              ELLIOT W. GALE (Bar No. 263326)
                              Sagaria Law, P.C.
                              2033 Gateway Place, 5th Floor
                              San Jose, CA 95110
                              Tel: (408) 279-2288
                              Fax: (408) 279-2299
                              Email: egale@sagarialaw.com
                              Attorney for Plaintiff

DATED: December 20, 2017      /s/ George P. Soares

GORDON & REES SCULLY MANSUKHANI
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel.: (213) 576-5000
Fax: (213) 680-4470
Email: gsoares@grsm.com
Attorney for Defendant, Star Choice Credit Union

///
///
///

## **ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to January 10, 2018.

IT IS SO ORDERED.

Dated: 12/21/2017

/s/  John A. Mendez
UNITED STATES DISTRICT COURT JUDGE