1 | Scott Sagaria (State Bar No.217981)
  | sjsagaria@sagarialaw.com
2 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
3 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 200
5 | Roseville, California 95661
  | Telephone: (408) 279-2288
6 | Facsimile: (408) 279-2299

7 | Attorneys for Plaintiff
  | Lynette Nelson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| LYNETTE NELSON, | Federal Case No.: 2:17-CV-02257-JAM-DB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Lynette Nelson and defendant Opportunity Financial, LLC ("Opportunity"), that Opportunity be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: March 21, 2018          Sagaria Law, P.C.

                                By:     /s/ Elliot W. Gale
                                        Elliot W. Gale
                                Attorneys for Plaintiff
                                Lynette Nelson

DATED: March 21, 2018          Nokes & Quinn


                                By:     /s/ Thomas P. Quinn, Jr.
                                        Thomas P. Quinn, Jr.
                                Attorneys for Defendant
                                Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*